MAYOR, &c., OF JERSEY CITY, PLAINTIFFS IN ERROR, v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *R. B. Seymour.*

For the defendant in error, *J. B. Vredenburgh.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, GARRISON, REED, SCUDDER, BROWN, CLEMENT, COLE, SMITH.    10.

*For reversal*—None.